1028

[No. 28136-8-II. Division Two. November 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD JAMES ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00529-9, David R. Draper, J., entered November 28, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 28179-1-II. Division Two. November 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JAMES THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01081-4, Jay B. Roof, J., entered December 7, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Armstrong, JJ.

[No. 28184-8-II. Division Two. November 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEE SHIPMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00374-4, Don L. McCulloch, J., entered December 6, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 28210-1-II. Division Two. November 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG NATHAN IDLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04273-6, Frederick B. Hayes, J., entered December 14, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.